ILOWITE *v.* UNITED STATES ᴇᴛ ᴀʟ.

No. 263. Decided October 14, 1968.

*Victor Rabinowitz, Leonard B. Boudin, Michael B. Standard,* and *David Rosenberg* for petitioner.

*Solicitor General Griswold* and *Henry Geller* for the United States et al.

Pᴇʀ Cᴜʀɪᴀᴍ.

Upon consideration of the suggestion of mootness and an examination of the entire record, the petition for a writ of certiorari is granted, the judgment is vacated, and the case is remanded to the Court of Appeals with directions to dismiss the case as moot.

BUTLER *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT.

No. 197, Misc. Decided October 14, 1968.

*Stephen J. McEwen, Jr.,* and *Vram Nedurian, Jr.,* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.